lants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MAVALYN HARDING, an Infant, etc., Respondent, v. CHARLES G. SCHOEN and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NELSON V. HARDING, as Administrator, etc., of MELROSE HARDING, Deceased, Respondent, v. CHARLES G. SCHOEN and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BERTHA F. THORBURN and Another, as Executors, etc., of MATILDA B. WENDE, Deceased, Respondents, v. HARRY WENDE and Another, Appellants, and JOHN A. WENDE and Others, as Executors, etc., Respondents.█ Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MICHAEL W. CROUGH, as Administrator, etc., of DONALD CROUGH, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

DANIEL P. CROUGH, as Administrator, etc., of D. FRANCIS CROUGH, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ALICE R. PERRY, as Administratrix, etc., of HELEN E. PERRY, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARIE L. PRESTON, as Administratrix, etc., of HENRY A. PRESTON, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HELEN L. LUCKMAN, as Administratrix, etc., of HERBERT P. LUCKMAN, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that plaintiff's intestate was guilty of contributory negligence as a matter of law and fact. (Schrader v. N. Y., C. & St. L. R. R. Co., 254 N. Y. 148; Miller v. N. Y. C. R. R. Co., 226 App. Div. 205; affd., 252 N. Y. 546.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

VIOLA STAKEL, Respondent, v. CITY OF BATAVIA, Appellant.— Judgment affirmed, with costs. All concur, except Edgcomb and Crosby, JJ., who dissent and vote for reversal on the facts on the ground that the finding of actionable negligence is against the weight of the evidence. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

OSCAR H. WILLSON, Respondent, v. KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. (See Gulf, Colorado, etc., R. Co. v. Texas Packing Co., 244 U. S. 31; Bruner v. Grand Trunk Western Ry. Co., 319 Ill. 421.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.